Standard Transportation Company, Appellee, v. THE S. S. CALVIN AUSTIN, Her Engines, etc., Eastern Steamship Lines, Inc., Appellant.

No. 7.

Circuit Court of Appeals, Second Circuit.

Dec. 1, 1930.

Haight, Smith, Griffin & Deming, of New York City (Henry M. Hewitt, of New York City, of counsel), for appellant.

Macklin, Brown, Lenahan & Speer, of New York City (Horace L. Cheyney, of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed.

---

Thomas COBINE, Appellant, v. UNITED STATES of America.

No. 8715.

Circuit Court of Appeals, Eighth Circuit.

July 7, 1930.

Irvine Mitchell, of St. Louis, Mo., for appellant.

Louis H. Breuer, U. S. Atty., of Rolla, Mo., and Arthur A. Hapke, Asst. U. S. Atty., of St. Louis, Mo.

PER CURIAM.

Appeal dismissed, pursuant to stipulation suggesting death of appellant.

---

COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. Alfred J. DIESCHER.

No. 8980.

Circuit Court of Appeals, Eighth Circuit.

Aug. 14, 1930.

C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

Joseph G. Carey and Mark H. Adams, both of Wichita, Kan., for respondent.

PER CURIAM.

Petition to review docketed and dismissed without costs to either party in this court, on motion of petitioner and consent of respondent.

---

Louis De B. Moore, as Owner of THE Gas Yacht COQUETTE, Appellee, v. THE Yacht NATALON, Her Engines, etc., Appellant.

No. 84.

Circuit Court of Appeals, Second Circuit.

Dec. 1, 1930.

Neil P. Cullom and Henry W. Steingarten, both of New York City, for appellant.

Park, Mattison & Lynch, of New York City (Anthony V. Lynch, Jr., and John K. Hartley, both of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed.